# EXHIBIT E



**AIB**
Financial Solutions Group

Bankcentre
Ballsbridge
Dublin 4

Telephone +353 1 660 0311
Facsimile   +353 1 772 4557
www.aib.ie

19 October 2012

**Strictly Private & Confidential.**

Mr. Richard Voke,
Apt. 222,
3920 Mystic Valley Pkwy,
Medford,
MA 02155-6912,
USA

**Re:/    Letter of Guarantee dated the 27th April 2005.**
        **Given by : Richard Voke for the obligations of Voke Holdings Limited.**
        **Not exceeding : €200,000.**

Dear Sir,

Reference is made to Letter of Demand dated 21 May 2012, copy enclosed. On behalf of Allied Irish Banks, p.l.c. I hereby demand immediate payment from you of the sum of €200,000 under the terms of the Guarantee dated the 27th April 2005 given by you for the obligations of Voke Holdings Limited.

Interest will continue to accrue from date of the original demand.

Unless we receive payment immediately we will have no option but to take steps to recover payment including issuing legal proceedings without further warning to you.

We should be obliged if you would please contact me to arrange payment.

Yours sincerely,

Conal Regan.
For and on behalf of
Allied Irish Banks, p.l.c.

**Allied Irish Banks, p.l.c.** Registered Office: Bankcentre, Ballsbridge, Dublin 4.  Registered in Ireland, No. 24173.
Allied Irish Banks, p.l.c. is regulated by the Central Bank of Ireland.