# EXHIBIT G

15 January 2014

**Strictly Private & Confidential.**

Mr. Richard Voke,
Apt. 222,
3920 Mystic Valley Pkwy,
Medford,
MA 02155-6912,
USA



Re:/   Letter of Guarantee dated the 27th April 2005.
         Given by : Richard Voke for the obligations of Voke Holdings Limited.
         Not exceeding : €200,000.

Dear Sir,

Reference is made to Letters of Demand dated 21 May 2012, 19 October 2012 & 24 April 2013, copies enclosed.  On behalf of Allied Irish Banks, p.l.c. I hereby demand immediate payment from you of the sum of €200,000 under the terms of the Guarantee dated the 27th April 2005 given by you for the obligations of Voke Holdings Limited.

Interest will continue to accrue from date of the original demand.

As previously advised, unless we receive payment immediately, we will have no option but to take steps to recover payment including issuing legal proceedings without further warning to you.  These proceedings may include Judgment being sought against you, with said Judgment to be registered in both Ireland and the United States.

In order to avoid any such legal proceedings, I strongly recommend that you contact the undersigned with a view to reaching an agreement.  Full contact details are included below.

Yours sincerely,

_____
Conal Regan.
For and on behalf of
Allied Irish Banks, p.l.c.

Phone:        + 353 1 7725821
E-Mail:       conal.j.regan@aib.ie