## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIED IRISH BANKS, p.l.c., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-13160-ADB |
| RICHARD A. VOKE, | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Counsel, Corey D. Winer of Sidley Austin LLP, hereby gives notice of his appearance as counsel for and on behalf of Plaintiff Allied Irish Banks, p.l.c. The undersigned counsel, duly admitted in the U.S. District Court for the District of Massachusetts, requests that all pleadings, notices, orders, correspondence, and other papers in this proceeding be directed to the undersigned at the address listed below.

Dated: August 28, 2015

Respectfully submitted,

*/s/ Corey D. Winer*
Corey D. Winer (BBO# 678410)
cwiner@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, MA 02109
Telephone: (617) 223-0352
*Attorney for Plaintiff Allied Irish Banks, p.l.c.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above Notice of Appearance filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non registered participants on August 28, 2015.

                                             */s/ Corey D. Winer*
                                             Corey D. Winer (BBO# 678410)