# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

ALLIED IRISH BANKS, P.L.C.
*Plaintiff*

v.

Civil Action No.:
**1:15-CV-13160-ADB**

RICHARD A. VOKE
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ─── or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ─── you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Mariliz Montes**
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2015-08-17 15:10:38.0, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-13160-ADB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Richard A. Voke

was received by me on *(date)*   08/18/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: By leaving copies of said Summons and Complaint at the last and usual place of abode of the defendant Richard A. Voke located at 3920 Mystic Balley Parkway, Unit 222, Medford, MA on 08/21/15 at 1:00 PM in accordance with local rules for service.

My fees are $   0.00   for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   09/01/2015

*Server's signature*

James J. Murray  Process Server
*Printed name and title*

2 Park Plaza, Suite 409
Boston, MA 02116

*Server's address*

Additional information regarding attempted service, etc:

Subscribed and sworn to before me, Brian Keith Wheeler, this 1st Day of September, 2015.

Notary Public

# United States District Court
## For The District of Massachusetts

Civil Action No.
1:15-CV-13160-ADB

------------------------------------ X
**Allied Irish Banks. P.L.C.**
      Plaintiff,

v.

**Richard A. Voke**
      Defendant,
------------------------------------ X

## AFFIDAVIT OF SERVICE

      I, James J. Murray being duly sworn, depose and says that he is over the age of eighteen (18), I am not a party to this action and I am an agent of Beacon Hill Research, Inc.

      That on the 18th day of August, 2015 at approximately the time of 12:00 pm, I attempted to serve a Summons and Complaint upon the defendant Richard A. Voke at his last and usual place of abode located at 3920 Mystic Valley Parkway, Unit 222, Medford, MA. I found this location to be a secured apartment building. I spoke with the security guard present at the time. He confirmed that Mr. Voke was a resident of the building and lived in unit 222. He said it was the policy of the building management to allow process servers in the building to effect service, but that if the resident was not at home, legal papers could not be posted to the door of the resident. I attempted service by knocking several times on the unit door, but no one answered and I heard no sounds coming from inside the apartment.

      I returned to this same location on August 19th, 2015 at approximately 7:15 PM and again made several attempts at knocking on the unit door between 7:15 and 8:00 PM. No one answered the door on any of these occasions and I heard no sounds coming from inside the apartment.

      I again returned to this same location on August 21st, 2015 at approximately 1:00 PM. I knocked on the apartment door and the door was opened by a white male

approximately 65 years of age. The gentleman had grey hair and glasses and stood approximately 6 feet 1 inches tall and weighed approximately 200 pounds. I identified myself as a process server and informed the individual that I had a Summons & Complaint for Richard A. Voke. The gentleman said he would get him and immediately slammed the apartment door shut. Despite repeated knocking, no one would open the apartment door again. I then spoke through the apartment door, informing the individual that I was leaving the papers in an envelope addressed to Richard A. Voke marked personal and confidential. I left the envelope propped against the door of unit #222 at 3920 Mystic Valley Parkway, Medford, MA.

James J. Murray
Process Server
09/01/2015

Subscribed and sworn to before me, Brian Keith Wheeler, this 1st day of September, 2015.

Notary Public