UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIED IRISH BANKS, p.l.c., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD A. VOKE, <br><br> Defendant. | Civil Action No. 1:15-cv-13160-ADB |

## NOTICE OF APPEARANCE OF ROBERT R. BERLUTI

I, Robert R. Berluti, am admitted or otherwise authorized to practice in this Court, and I appear as counsel for Defendant, Richard A. Voke.

                          Respectfully submitted,

                          RICHARD A. VOKE,

                          By his attorneys,

                          */s/ Robert R. Berluti*
                          Robert R. Berluti (BBO# 039960)
                          rberluti@bmklegal.com
                          BERLUTI McLAUGHLIN & KUTCHIN LLP
                          44 School Street, 9th Floor
                          Boston, MA  02108
                          Telephone:  (617) 557-3030

Dated:  September 3, 2015

## CERTIFICATE OF SERVICE

    The undersigned hereby certify that this document filed through the ECF will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


Dated: September 3, 2015              */s/ Robert R. Berluti*
                                                          Robert R. Berluti