UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
ALLIED IRISH BANKS, p.l.c.,             )
                                        )
       Plaintiff,                       )
                                        )
   v.                                   )   Civil Action No. 1:15-cv-13160-ADB
                                        )
RICHARD A. VOKE,                        )
                                        )
                                        )
       Defendant.                       )
_____)

### JOINT STATUS REPORT AND MOTION FOR ADJOURNMENT OF DEADLINES

Plaintiff Allied Irish Banks, p.l.c. ("AIB" or "Plaintiff") and Defendant Richard A. Voke ("Defendant") (together, the "Parties") respectfully move this Court to adjourn all deadlines in the above-captioned action pending their finalizing and executing a written settlement agreement resolving the claims in this action. In support of this motion, the Parties state as follows:

1. The Parties have reached an agreement in principle to resolve the claims that are the subject of the above-referenced action, and are working to come to agreement on and finalize the terms of a confidential written settlement agreement.

2. The Parties anticipate that, upon finalizing the settlement agreement, they will file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

3. To allow the Parties time to finalize the settlement agreement, the Parties respectfully request an adjournment of any and all deadlines in the above-captioned action pending their finalizing and executing the agreement and filing a stipulation of dismissal as anticipated.

WHEREFORE, the Parties jointly request that the Court adjourn any and all deadlines in the above-captioned action, pending their finalizing and executing a written settlement agreement resolving the claims that are the subject of this action.

Dated: October 9, 2015

        Respectfully submitted,

        */s/ Kathryn L. Alessi*
        Jack W. Pirozzolo (BBO# 564879)
        Kathryn L. Alessi (BBO# 651110)
        Corey D. Winer (BBO# 678410)
        jpirozzolo@sidley.com
        kalessi@sidley.com
        cwiner@sidley.com
        SIDLEY AUSTIN LLP
        60 State Street, 34th Floor
        Boston, MA 02109
        Telephone: (617) 223-0304
        Telephone: (617) 223-0364
        Telephone: (617) 223-0352

        *Attorneys for Plaintiff Allied Irish Banks, p.l.c.*

        */s/ Robert R. Berluti*
        Robert R. Berluti (BBO# 039960)
        John T. McLaughlin (BBO# 337310)
        Edward F. Whitesell, Jr. (BBO# 644331)
        rberluti@bmklegal.com
        jmclaughlin@bmklegal.com
        ewhitesell@bmklegal.com
        BERLUTI McLAUGHLIN & KUTCHIN LLP
        44 School Street, 9th Floor
        Boston, MA 02108
        Telephone: (617) 557-3030

        *Attorneys for Defendant Richard A. Voke*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document filed through the ECF will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:  October 9, 2015                      */s/ Kathryn L. Alessi*
                                                                      Kathryn L. Alessi